WILLIAM M. SIMPICH , ESQ. (SB#106672)
1736 Franklin, Tenth Floor
Oakland, California 94612
Telephone:  (510) 444-0226

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT

DANIELE GANSER,                           CASE NO. C 07-00021-SI

     Plaintiff,                          **REQUEST FOR DISMISSAL**
                                          **WITHOUT PREJUDICE**
vs.

CENTRAL INTELLIGENCE AGENCY,

     Defendants,

_____/

Plaintiff requests pursuant to FRCP , to dismiss this action without prejudice.


    Dated: June 7, 2007


                          _____/s/_____
                          WILLIAM M. SIMPICH
                          Attorney for Plaintiff


    IT IS SO ORDERED

    Dated:

                          _____
                          HONORABLE SUSAN ILLSTON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24